*In re* RICARDO CORRETJER RUIZ.

*Número:* 2901          *Resuelto:* 16 de marzo de 1987

*Govén D. Martínez Surís, Director de Inspección de Notarías,* querellante; *Ricardo Corretjer Ruiz, pro se.*

PER CURIAM: El 10 de diciembre de 1986 concedimos al notario Ricardo Corretjer Ruiz un término para mostrar causa por no haber presentado los índices notariales requeridos por ley, 4 L.P.R.A. sec. 1026, por un período de cuatro años, específicamente desde noviembre de 1982.

En su comparecencia el licenciado Corretjer Ruiz admite su falta. Explica que desde 1981 problemas económicos lo han obligado a mudar sus oficinas en varias ocasiones y que entre el 1982 y 1984 no realizó trabajo notarial.

Informa que sus actuaciones no le han causado daño a persona alguna y se excusa ante este Tribunal. También se allana a cualquier dictamen de este foro.

En estas circunstancias y considerando que se admitió el incumplimiento de la obligación de rendir índices notariales en violación de la Sec. 26 de la Ley Notarial, 4 L.P.R.A. sec. 1026; *In re Rigau, Jr.*, 118 D.P.R. 89 (1986), *se suspenderá indefinidamente al Lic. Ricardo Corretjer Ruiz del ejercicio de la notaría.*

*El Alguacil del Tribunal procederá a incautarse de su obra notarial para ser entregada al Director de Inspección de Notarías.*

El Juez Asociado Señor Rebollo López no intervino.